**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
EL PASO DIVISION**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | § § § | |
| Plaintiff, | § | **CRIMINAL NO.: EP-26-MJ-00696-MAT** |
| | § § | |
| v. | § § | |
| **KENIA MARIELA URBINA-CARCAMO,** | § § § § | |
| Defendant. | § | |

## GOVERNMENT'S MOTION TO WITHDRAW

Comes now the United States of America, by and through the United States Attorney for the Western District of Texas, and files this, its Motion to Withdraw the Government's Misdemeanor Information and Personal Data Sheet, ECF Document Numbers 3 and 4. These documents were erroneously filed with this Court on February 10, 2026. The Government seeks to withdraw these documents because they were filed by mistake. On February 6, 2026, the Defendant was charged with Improper Entry by an Alien in a single count Criminal Complaint, ECF Document Number 1. On February 11, 2026, the Defendant pled guilty to that single count Criminal Complaint and was sentenced by this Court. ECF Document Number 5.

WHEREFORE, premises considered, the Government respectfully prays that this Court withdraw the Government's Misdemeanor Information and Personal Data Sheet, ECF Document Numbers 3 and 4.

Respectfully submitted,

JUSTIN R. SIMMONS
UNITED STATES ATTORNEY

By: *Phillip Countryman*
Phillip Countryman
Assistant U.S. Attorney
Texas Bar#24094380
700 E. San Antonio, Suite 200
El Paso, Texas 79901
(915) 534-6884

## CERTIFICATE OF SERVICE

I hereby certify that on March 6, 2026, a true and correct copy of the foregoing instrument was electronically filed with the Clerk of the Court using the CM/ECF System, which will transmit notification of such filing to the following CM/ECF participant:

**Jose Montes, Jr.**
**Attorney for Defendant**

By: *Phillip Countryman*
Phillip Countryman
Assistant U.S. Attorney

# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TEXAS
# EL PASO DIVISION

| UNITED STATES OF AMERICA, | § | |
| --- | --- | --- |
| Plaintiff, | § | CRIMINAL NO.: EP-26-MJ-00696-MAT |
| v. | § | |
| KENIA MARIELA URBINA-CARCAMO, | § | |
| Defendant. | § | |

## ORDER

On this day came on to be considered the Government's Motion to Withdraw the Government's Misdemeanor Information and Personal Data Sheet, ECF Document Numbers 3 and 4, filed in the above numbered cause, and the Court, having considered the same is of the opinion that said motion should be granted.

IT IS HEREBY ORDERED that the Government's Misdemeanor Information and Personal Data Sheet, ECF Document Numbers 3 and 4, are hereby withdrawn.

SIGNED and ENTERED this _____ day of March, 2026.

_____
HONORABLE MIGUEL A. TORRES
UNITED STATES MAGISTRATE JUDGE