IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
EL PASO DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | § | |
| Plaintiff, | § | CRIMINAL NO.: EP-26-MJ-00696-MAT |
| v. | § | |
| KENIA MARIELA URBINA-CARCAMO, | § | |
| Defendant. | § | |

### ORDER

On this day came on to be considered the Government's Motion to Withdraw the Government's Misdemeanor Information and Personal Data Sheet, ECF Document Numbers 3 and 4, filed in the above numbered cause, and the Court, having considered the same is of the opinion that said motion should be granted.

IT IS HEREBY ORDERED that the Government's Misdemeanor Information and Personal Data Sheet, ECF Document Numbers 3 and 4, are hereby withdrawn.

SIGNED and ENTERED this 6th day of March, 2026.

HONORABLE MIGUEL A. TORRES
UNITED STATES MAGISTRATE JUDGE